# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Craig Prothro, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00622-GCM |
| vs. | |
| Janice M. Howland, Claude E. Ramsey & Associates, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2020 Order.

December 18, 2020

Frank G. Johns, Clerk
United States District Court